UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
 
UNITEDHEALTHCARE INSURANCE
COMPANY,

       Plaintiff,      23-CV-1003 (VSB)

  - against -         **ORDER**

CORBEL COMMUNICATIONS
INDUSTRIES, LLC; AND DOES 1
THROUGH 10, INCLUSIVE,

       Defendants.
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

  SO ORDERED.

Dated: February 27, 2024
    New York, New York

                  *[signature]*
                  Vernon S. Broderick
                  United States District Judge